| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Miles-LaGrange, Vicki L. | 2. Court or Organization<br><br>Western District of Oklahoma | 3. Date of Report<br><br>04/27/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 N.W. 4th Street/Rm 3301<br>Oklahoma City, Ok 73102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Oklahoma Foundation for Excellence |
| 2. Mid-Western Regional Director | Alpha Kappa Alpha Sorority, Inc. |
| 3. Board Member | Oklahoma Heritage Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1993 | Oklahoma State Employees Retirement |
| 2. | |
| 3. | |

DISCLOSURE... OFFICE 2010 MAY 14 A 10: 49 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alpha Kappa Alpha Sorority, Inc. | Feb. 21-22 | Omaha, NE | Site Meeting | transporation |
| 2. | Alpha Kappa Alpha Sorority, Inc. | March 4-8 | Southhampton, Bermuda | Directorate Meeting | transportation, lodging, meals |
| 3. | Alpha Kappa Alpha Sorority, Inc. | March 12-15 | Mobile, AL | South Eastern Reg. Conf. | transporation, lodging, meals |
| 4. | Alpha Kappa Alpha Sorority, Inc. | March 25-26 | Omaha, NE | Mid-Western Reg. Conf. | transporation, lodging, meals |
| 5. | Alpha Kappa Alpha Sorority, Inc. | April 2-5 | New York City, NY | North Atlantic Reg. Conf. | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Alpha Kappa Alpha Sorority, Inc. | April 24-26 | Cincinnati, OH | Great Lakes Reg. Conf. | transportation, lodging, meals |
| 7. | George Edgecomb Bar Association | April 26-28 | Tampa, FL | George Edgecomb Bar Assoc. Annual Scholarship Banquet Speaker | transportation, lodging, meals |
| 8. | Alpha Kappa Alpha Sorority, Inc. | April 30-May 3 | Myrtle Beach, SC | South Atlantic Reg. Conf. | transportation, lodging, meals |
| 9. | Alpha Kappa Alpha Sorority, Inc. | June 4-7 | Palm Springs, CA | Far Western Reg. Conf. | transportation, lodgeing, meals |
| 10. | Alpha Kappa Alpha Sorority, Inc. | July 10-17 | Anchorage, Alaska | 2010 Leadership Meeting | transportation, lodging, meals |
| 11. | Alpha Kappa Alpha Sorority, Inc. | Sept. 26 | Denver, CO | MW Region Undergraduate Caucas | transportation |
| 12. | Howard University School of Law | Oct.23 | Washington, D.C. | Sixtth Annual Wiley A. Branton-Howard Law Journal Symposium | lodging |
| 13. | Alpha Kappa Alpha Sorority, Inc. | Oct.30-Nov.1 | Kansas City, MO | Cluster B & C Meeting | transportation |
| 14. | Alpha Kappa Alpha Sorority, Inc. | Nov. 5-8 | Nassau, Bahamas | Directorate Meeting | transportation, lodging, meals |
| 15. | Alpha Kappa Alpha Sorority, Inc | Nov.13-14 | Colorado Springs, CO | Cluster A Leadership Meeting | transportation, lodging |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

31. _____

32. _____

33. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Fourteen Karat Plus /AKA Official Jeweler | Silver Link Bracelet | $100.00 |
| 2. | Alpha Kappa Alpha Sorority, Inc. | Extraordinary Sevice Program (ESP) Heart Charm | $366.00 |
| 3. | Alpha Kappa Alpha Sorority, Inc. | Ivy Leaf Necklace Charm w/ Diamond | $868.00 |
| 4. | AKA/EAF | AKA/Educational Advancement Foundation (EAF) Charm w/ Green Diamond | $1,150.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Banc First | Mortgages on investment property #2 ,OKC, OK, pt VII, line 2 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment property #1, Washington, D.C. | E | Rent | N | W | | | | | |
| 2. Investment property #2, Oklahoma City, Oklahoma | D | Rent | L | W | | | | | |
| 3. Undeveloped land, Oklahoma City, OK -attached to property #2 | | None | K | W | | | | | |
| 4. Investment property #6, Oklahoma City, OK | | None | K | W | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In my position as Mid-Western Regional Director for Alpha Kappa Alpha Sorority, Inc., I also receive a reimbursement of administrative expenses incident to my duties and overall travel in support of the chapters of the region.

In 2007, inadvertently omitted reporting gift, of an Extraordinary Service Program (ESP) Heart Pin/Charm w/ Diamonds from Alpha Kappa Alpha Sorority, Inc. valued at $560.00.

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L. | 04/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544